UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| VS. | : | |
| | : | |
| Joseph Witkowski (1), | | 12-cr-522 |
| Catherine Pearson (3), | : | |
| Isatu Tejan-Sie (4), | | |
| Karen Yokely (6), | : | **ORDER OF REASSIGNMENT** |
| Marc Jacobs (10), | | |
| | : | |
| Defendants. | | |
| | : | |

- - - - - - - - - - -

It is on this 5th day of January, 2015 on the court's own motion:

ORDERED that the above entitled matter is hereby reassigned from JUDGE JOSEPH E. IRENAS to JUDGE JOSEPH H. RODRIGUEZ.

　　　　　　　　　　　　　　　　　s/ Jerome B. Simandle
　　　　　　　　　　　　　　　　**JEROME B. SIMANDLE, CHIEF JUDGE**